| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>Jonathan M. Rotter<br>Glancy Prongay & Murray LLP<br>1925 Century Park East, Suite 2100<br>Los Angeles, CA 90067<br>Tel: (310) 201-9150<br>Email: jrotter@glancylaw.com | CLEAR FORM |
| ATTORNEY(S) FOR: BEACH DISTRICT SURGERY CENTER, L.P. | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACH DISTRICT SURGERY CENTER, L.P.,<br><br>Plaintiff(s),<br>v.<br>CIGNA HEALTH AND LIFE INS. CO., et al.,<br><br>Defendant(s) | CASE NUMBER:<br>2:22-cv-03931<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _BEACH DISTRICT SURGERY CENTER, L.P._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| BEACH DISTRICT SURGERY CENTER, L.P. | PLAINTIFF |
| CIGNA HEALTH AND LIFE INS. CO. | DEFENDANT |

| | |
|---|---|
| June 8, 2022 | s/ Jonathan M. Rotter |
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

BEACH DISTRICT SURGERY CENTER, L.P.