Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Jonathan M. Rotter (SBN 234137)
Natalie S. Pang (SBN 305886)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff and the Putative Class*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BEACH DISTRICT SURGERY CENTER, L.P., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INS. CO., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03931-MCS-JPR<br><br>**NOTICE OF SETTLEMENT AND JOINT STIPULATION REQUESTING DEADLINE TO FILE DISMISSAL** |

Plaintiff Beach District Surgery Center, L.P. ("Plaintiff") and Defendant Cigna Health and Life Ins. Co. ("Defendant") (collectively, the "Parties") notify the Court that they have reached a settlement in principle and stipulate to the following:

WHEREAS, on June 8, 2022, Plaintiff filed the Complaint in this action;

WHEREAS, on December 12, 2022, the Court issued an Order granting Defendant's motion to dismiss the Complaint in its entirety, and granting Plaintiff leave to amend the Complaint within 14 days;

WHEREAS, on December 20, 2022, the Court granted, as modified, the parties' joint stipulation continuing the deadline to amend the complaint in order to facilitate settlement discussions, and set January 17, 2023 as the deadline;

WHEREAS, the parties have reached a settlement in principle, and are in the process of drafting the settlement agreement;

WHEREAS, the parties believe that they can finalize and execute the settlement agreement within a week;

WHEREAS, the Parties agree, subject to the Court's approval, to set January 24, 2023 as the deadline to file a dismissal of the case pursuant to the settlement agreement;

IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel for the parties, and subject to the Court's approval, that:

1. The deadline to file a dismissal of the case pursuant to the settlement agreement is January 24, 2023.

**SO STIPULATED.**


| | |
|---|---|
| Dated: January 17, 2023 | Respectfully submitted, |
| | **GLANCY PRONGAY & MURRAY LLP** |
| | By: */s/Jonathan M. Rotter* |
| | Jonathan M. Rotter |
| | Natalie S. Pang |
| | 1925 Century Park East, Suite 2100 |
| | Los Angeles, CA 90067 |
| | Telephone: (310) 201-9150 |
| | Facsimile: (310) 201-9160 |
| | Email: jrotter@glancylaw.com |
| | Email: npang@glancylaw.com |
| | |
| | **THE LAW OFFICES OF JONATHAN A. STIEGLITZ** |
| | Jonathan A. Stieglitz |
| | 11845 Olympic Blvd., Suite 800 |
| | Los Angeles, CA 90064 |
| | Telephone: (323) 979-2063 |
| | Facsimile: (323) 488-6748 |
| | |
| | *Attorneys for Plaintiff and the Putative Class* |
| | |
| Dated: January 17, 2023 | **MCDERMOTT WILL AND EMERY** |
| | |
| | By: */s/ Richard W. Nicholson, Jr.* |
| | William P Donovan, Jr. |
| | 2049 Century Park East Suite 3200 |
| | Los Angeles, CA 90067-3206 |
| | Telephone: 310-788-4110 |
| | Facsimile: 310-277-4110 |
| | Email: wdonovan@mwe.com |
| | |
| | Joshua B. Simon* |
| | Warren Haskel* |
| | Richard W. Nicholson, Jr.* |
| | Michael Murray* |
| | One Vanderbilt Avenue |
| | New York, NY 10017-3852 |
| | Telephone: (212) 547-5400 |

Facsimile: (212) 547-5444
Email: jsimon@mwe.com
Email: whaskel@mwe.com
Email: rnicholson@mwe.com
Email: mmurray@mwe.com

*admitted *pro hac vice*

*Attorneys for Defendant Cigna Health and Life Ins. Co.*

## ATTESTATION

I, Jonathan M. Rotter, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 17, 2023    *s/ Jonathan M. Rotter*
                           Jonathan M. Rotter

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 17, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 17, 2023, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter