Jonathan A. Stieglitz, Esq. (SBN 278028)
THE LAW OFFICES OF
JONATHAN A. STIEGLITZ
11845 Olympic Blvd., Suite 800
Los Angeles, CA 90064
Telephone: (323) 979-2063
Facsimile: (323) 488-6748

Jonathan M. Rotter (SBN 234137)
Natalie S. Pang (SBN 305886)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorneys for Plaintiff and the Putative Class*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACH DISTRICT SURGERY CENTER, L.P., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CIGNA HEALTH AND LIFE INS. CO., and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-03931-MCS-JPR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP
41(a)(1)(A)(ii)

1  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Beach
2  District Surgery Center, L.P. ("Plaintiff") and Defendant Cigna Health and Life Ins.
3  Co. ("Defendant") (collectively, the "Parties") stipulate to the dismissal of this
4  Action with prejudice, with each party to bear their own costs, attorneys' fees, and
5  expenses.

6  **SO STIPULATED.**

8  Dated: January 23, 2023                    Respectfully submitted,

   **GLANCY PRONGAY & MURRAY LLP**

   By: */s/ Jonathan M. Rotter*
   Jonathan M. Rotter
   Natalie S. Pang
   1925 Century Park East, Suite 2100
   Los Angeles, CA 90067
   Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
   Email: jrotter@glancylaw.com
   Email: npang@glancylaw.com

   **THE LAW OFFICES OF**
   **JONATHAN A. STIEGLITZ**
   Jonathan A. Stieglitz
   11845 Olympic Blvd., Suite 800
   Los Angeles, CA 90064
   Telephone: (323) 979-2063
   Facsimile: (323) 488-6748

   *Attorneys for Plaintiff and the Putative Class*

---

1

STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)

| | |
|---|---|
| Dated: January 23, 2023 | **MCDERMOTT WILL AND EMERY** |
| | By: */s/ Richard W. Nicholson, Jr.* |
| | William P Donovan, Jr. |
| | 2049 Century Park East Suite 3200 |
| | Los Angeles, CA 90067-3206 |
| | Telephone: 310-788-4110 |
| | Facsimile: 310-277-4110 |
| | Email: wdonovan@mwe.com |
| | |
| | Joshua B. Simon* |
| | Warren Haskel* |
| | Richard W. Nicholson, Jr.* |
| | Michael Murray* |
| | One Vanderbilt Avenue |
| | New York, NY 10017-3852 |
| | Telephone: (212) 547-5400 |
| | Facsimile: (212) 547-5444 |
| | Email: jsimon@mwe.com |
| | Email: whaskel@mwe.com |
| | Email: rnicholson@mwe.com |
| | Email: mmurray@mwe.com |
| | |
| | *admitted *pro hac vice* |
| | |
| | *Attorneys for Defendant Cigna Health and Life Ins. Co.* |

## ATTESTATION

I, Jonathan M. Rotter, am the ECF user whose identification and password are being used to file this document. In compliance with Local Rule 5-4.3.4, I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | |
|---|---|
| Dated: January 23, 2023 | *s/ Jonathan M. Rotter* |
| | Jonathan M. Rotter |

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old. On January 23, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 23, 2023, at Los Angeles, California.

*s/ Jonathan M. Rotter*
Jonathan M. Rotter